# STATE OF LOUISIANA
# COURT OF APPEAL, THIRD CIRCUIT

## CA 11-199 consolidated with CA 11-198

**JACKIE R. GONZALES, ET AL.**

**VERSUS**

**SHELTER MUTUAL INSURANCE CO., ET AL.**

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
NINTH JUDICIAL DISTRICT COURT
PARISH OF RAPIDES, NO. 232,822 C/W 232,632
HONORABLE DONALD THADDEUS JOHNSON, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

**SHANNON J. GREMILLION**
**JUDGE**

\*\*\*\*\*\*\*\*\*\*

Court composed of Elizabeth A. Pickett, Billy Howard Ezell, and Shannon J. Gremillion, Judges.

**AFFIRMED.**

**Barry Ray Laiche**
**Patrick B. Sadler**
**Provosty, Sadler, deLaunay, Fiorenza & Sobel**
**237 S. Washington St.**
**Marksville, LA 71351**
**(318) 253-4435**
**Counsel for Plaintiffs/Appellants:**
**Jackie R. Gonzales**
**Ruby Gonzales**

**Steven D. Crews**
**Corkern, Crews, & Guillet, L.L.C.**
**P. O. Box 1036**
**Natchitoches, LA 71457-1036**
**(318) 352-2302**
**Counsel for Defendant/Appellee:**
**Travis Broadway**

**David A. Hughes**
**Hughes Law Firm, APLC**
**P. O. Box 1831**
**Alexandria, LA 71309-1831**
**(318) 443-4090**
**Counsel for Defendants/Appellees:**
**Shelter Mutual Insurance Co.**
**Rayburn Smith**
**Emily Smith**
**Jeremy Richerson**
**S&S Cattle Company, Inc.**

**John E. McAuliffe, Jr.**
**Attorney at Law**
**P. O. Box 5900**
**Metairie, LA 70009**
**(504) 840-4900**
**Counsel for Defendant/Appellee:**
**State Farm Fire & Casualty Co.**

**GREMILLION, Judge.**

This matter involves the same parties and the same accident as that in docket number 11-198, *Jackie R. Gonzales v. Shelter Mutual Insurance Company*. Counsel for the Gonzalases filed an unopposed motion to consolidate in which he verified that the suits were identical and the later matter was filed under the impression that the earlier suit had not been filed.

Therefore, for the reasons set forth in *Gonzales v. Shelter Mutual Insurance Company*, 11-198, (La.App. 3 Cir.   /  /11), the judgement of the trial court is affirmed, and all costs of this appeal are taxed to appellants, Jackie R. Gonzales and Ruby Gonzales.

**AFFIRMED.**